|  |  |  |
|---|---|---|
| | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| SCOTT MICHAEL MYERS | * | AG No. 45 |
| | * | September Term, 2025 |

## ORDER

Upon consideration of the parties' joint petition for disbarment of Scott Michael Myers from the practice of law in the State of Maryland, in which the Respondent agrees that his conduct, as described in the petition, violated Maryland Attorneys' Rules of Professional Conduct 19-301.4, 19-308.1(b) and 19-308.4(a), (b), and (d), it is this 20th day of March 2026, by the Supreme Court of Maryland

ORDERED, that the joint petition for disbarment is granted, and that, effective immediately, Respondent, Scott Michael Myers, is disbarred; and it is further

ORDERED that the Respondent pay costs in the amount of $1,372.50 to the Attorney Grievance Commission; and it is further

ORDERED, that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice